FILED
APR 22 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTONIO RAFAEL TIRADO,<br>Defendant. | Case No.: 3:16-cr-01958-BEN<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>[ECF Nos. 29, 31] |

Movant Antonio Rafael Tirado has filed two Motions for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)"). ECF No. 29, 31. The United States opposed. ECF No. 35.

At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A). The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise. *United States v. Aruda*, __ F.3d __, 2021 WL 1307884 *4 (9th Cir. 2021).

In Movant's case, the reasons offered are not extraordinary and compelling. Moreover, his prior involvement with large quantity drug trafficking presents a significant danger to the community.

Therefore, the motions are **DENIED**.

**IT IS SO ORDERED.**

Date: April 21, 2021

HON. ROGER T. BENITEZ
United States District Judge

1